IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:10-CR-47-1H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL RAY JOHNSON, | ) | |
| Defendant | ) | |

This matter is before the court on petitioner's pro se motion to reduce his sentence pursuant to § 404 the First Step Act of 2018 [DE #88]. The court has reviewed the record in this matter and finds a reduction is not warranted. Therefore, the motion is DENIED.

This 26th day of August 2020.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26